John R. Mauff, appellee, v. Arthur W. Cutten, appellant. Gen. No. 37,643.

O'Connor, P. J., dissenting. Opinion filed February 25, 1935. Rehearing denied March 11, 1935.

Ryan, Condon & Livingston, for appellant; James G. Condon and John M. Tuohy, of counsel. Townley, Wild, Campbell & Clark, for appellee; Morris Townley, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Malcolm C. Most, appellee, v. Case-Moody Pie Corporation and Frank Dillon, appellants. Gen. No. 37,687.

Opinion filed February 25, 1935.

Judah, Reichmann, Trumbull, Cox & Stern, Charles R. and Bruce E. Brown, for appellants. Charles C. Spencer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Margaret Devereaux et al., appellees, v. George Jordan et al., appellants. Gen. No. 37,704.

Opinion filed February 25, 1935.

Cannon & Poage, for appellants; James K. McVey, of counsel. Michael L. Carmody, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Albert K. Orschel, appellee, v. Union Indemnity Company et al., appellees, on appeal of United States of America, appellant. Gen. No. 37,730.

Opinion filed February 25, 1935.

Dwight H. Green, United State's Attorney, for appellant; John J. Moreschi, Assistant United State's Attorney, of counsel. Poppenhusen, Johnston, Thompson & Cole and Wilhartz, Hirsch & Schanfarber, for appellee Albert K. Orschel; Edward R. Johnston, Samuel E. Hirsch and J. Robert Cohler, of counsel.

Mr. Justice Matchett delivered the opinion of the court.